```
                              United States Bankruptcy Court
                               Eastern District of Wisconsin
```

In re:                                                              Case No. 13-35577-pp
Joel B. Collins                                                     Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0757-2           User: kgw                 Page 1 of 1              Date Rcvd: Dec 26, 2013
                               Form ID: hrntpp1          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2013.
db          +Joel B. Collins,    430 Smythe Drive,    Williams Bay, WI 53191-9680
cr          +AnchorBank, fsb,    Eckberg Lammers Law Firm,   c/o Daniel P. Bakken,    430 Second Street,
              Hudson, WI 54016-1510
nfs         +Luann Collins,    430 Smythe Drive,   Williams Bay, WI 53191-9680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2013                                  Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2013 at the address(es) listed below:
              Daniel P. Bakken    on behalf of Creditor    AnchorBank, fsb dbakken@eckberglammers.com
              Jeffrey L. Hahn    on behalf of Debtor Joel B. Collins jhahnlaw@sbcglobal.net
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Titania D. Whitten    trustee@whittendusell.com, WI50@ecfcbis.com
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   Joel B. Collins,                                    Case No. 13–35577–pp
                    Debtor.                                   Chapter 7

## NOTICE OF HEARING

TO:     Joel B. Collins                          Attorney Jeffrey L. Hahn
                                                  Trustee Titania D. Whitten
                                                  Attorney Daniel Bakken

**PLEASE TAKE NOTICE** that a hearing on the Motion for Relief from Automatic Stay filed by AnchorBank, fsb will be held on **January 13, 2014, at 10:45 AM, in the United States Courthouse, Room 149, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before Pamela Pepper, United States Bankruptcy Judge.

The Debtor is invited, but not required to attend and participate in this hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2650), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

PLEASE TAKE FURTHER NOTICE that at the hearing, the Court may grant or deny the motion or may schedule additional hearings, without further notice. Notwithstanding the provisions of Bankruptcy Code 362(e) (if applicable), the stay will continue in effect pending the conclusion of the hearing.

                                                  By the Court:

                                                  _____/s/_____
                                                  **Pamela Pepper**
December 26, 2013                                 Chief, United States Bankruptcy Judge