UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

    Joel Collins,                            Case No. 13-35577-PP
          Debtor(s).                        Chapter 7

## NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT

**NOTICE** is hereby given that Titania D. Whitten, trustee in this case ("Trustee"), intends to abandon the estate's interest in certain property as described below, pursuant to 11 U.S.C. §554.

**OBJECTIONS.** If you object to the Trustee's intended abandonment, or if you want the court to consider your views on the matter, then on or before **November 21, 2014**, you or your attorney must file with the Court a written response which explains your position at:

> Clerk of the U. S. Bankruptcy Court
> Room 126, Federal Courthouse
> 517 E. Wisconsin Avenue
> Milwaukee, WI 53202

Any response must be mailed early enough so the Court will receive it prior to the date set forth above. You must also mail a copy to:

> Office of the U. S. Trustee             Titania D. Whitten, Trustee
> 517 E. Wisconsin Avenue          3333 N. Mayfair Road
> Room 430                             Suite 212
> Milwaukee, WI 53202             Wauwatosa, WI 53222

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Trustee's notice and may enter an order granting that relief.

<u>**Your rights may be affected**</u>. **You should read this notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Trustee intends to abandon the estate's interest in the following property for the reasons set forth:

## Property to be Abandoned because of a Security Interest, Liens and/or Exemptions

The Trustee intends to abandon the following property because, after considering exemptions claimed by the Debtor under federal law, and perfected security interest and liens against the property, each item of property is burdensome and/or of inconsequential value to the estate as follows:

a. Single family homestead 4130 Smythe Drive scheduled value of $200,000.00.
b. Checking account: Chase Bank scheduled at $200.00.
c. Furniture scheduled value of $1,000.00.
d. Clothing scheduled valued of $250.00.
e. Thrivent Term Life Insurance scheduled value of $0.00.
f. Rick Kost-stolen money scheduled at $35,000.00.
g. 1994 Land Rover scheduled at $500.00.
h. 2000 Excursion scheduled at $1,000.00.

## Property to be Abandoned for Other Reasons

The Trustee intends to abandon the following property, not because of exemption, security interest or liens, but because the property is burdensome to the estate and of inconsequential value for the following reasons: **NONE**

The Trustee reserves the right to withdraw from the proposed abandonment should circumstances require.  Requests for additional information should be directed to the Trustee.

Dated this 4th day of November, 2014.

> ___/s/_____
> Titania D. Whitten
> Chapter 7 Trustee
> Law Offices of Whitten and DuSell, LLC
> 3333 N. Mayfair Road, Suite 212
> Wauwatosa, WI.  53222
> P: 414-431-0007; F: 414-431-0038
> trustee@whittendusell.com

**Titania D. Whitten, Trustee**
**3333 N. Mayfair Road**
**Suite 212**
**Wauwatosa, WI 53222**
**Telephone (414) 431-0007**
**Facsimile   (414) 431-0038**
**trustee@whittendusell.com**