THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: October 21, 2015

Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Joel Collins,                              Case No. 13-35577-MDM

(Chapter 7)

Debtor(s).

## ORDER ON MOTION FOR ENTRY OF JUDGMENT

Pursuant to the Motion for Entry of Judgment filed by the Chapter 7 Trustee on August 28, 2015 and a Hearing on the Motion for Entry of Judgment being held before this court on October 7, 2015 whereby the Chapter 7 Trustee, Titania D. Whitten appeared, Debtor's counsel, Jeffrey L. Hahn appeared but the Debtor, Joel Collins failed to appear it is:

**ORDERED** that the Debtor has failed to turnover the requested funds as required under the Court's order dated August 21, 2014 in the amount of $4,057.50;

**ORDERED** that sanctions were imposed in the amount of $50.00 per day beginning December 2, 2014 under the Court's order dated December 2, 2014 which totaled $13,400 as of the date of filing of Motion for Entry Judgment on August 27, 2015;

**ORDERED** that the Trustee is granted a Money Judgment in the amount of $17, 457.50 the amount of the unpaid tax refund of $4,057.50 and sanctions up through August 27, 2015 in the amount of $13,400.00.

**ORDERED** that as this is a post-petition debt it is non-dischargeable.

#####

**Titania D. Whitten, Trustee**
**3333 N. Mayfair Road**
**Suite 212**
**Wauwatosa, WI 53222**
**Telephone (414) 431-0007**
**Fax          (414) 431-0038**
**trustee@whittendusell.com**