UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Joel Collins,　　　　　　　　　　　　　Case No. 13-35577-BEH
　　　　　　　　　　　　　　　　　　　　　　　(Chapter 7)

　　　　　　　　　Debtor(s).

**APPLICATION BY TRUSTEE TO EMPLOY TRENAM LAW AND LARA FERNANDEZ AS ATTORNEY FOR THE TRUSTEE**

　　　NOW COMES, Titania D. Whitten, trustee of the above-captioned case, who applies to the Court for authority to employ a professional person, pursuant to 11 U.S.C. §327(a) and §330, and who in support states as follows:

1. On December 3, 2013, the Debtor filed for relief under Chapter 7 of the Bankruptcy Code.

2. The undersigned is the qualified and acting trustee in this case.

3. On October 21, 2015, the trustee obtained a judgment for sanctions against the debtor Joel Collins in the amount of $13,400.

4. The trustee desires to employ the firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. ("Trenam Law") and Lara Fernandez of Trenam Law in the professional capacity of attorney for the Trustee.

5. The professional services to be rendered and the estimated cost for each such service are as follows: To recover sanctions against the debtor in the amount of $13,400.00 and/or negotiate a settlement.

6. The total fees for said professional services shall be based on the regular hourly rates of the professionals involved. The total fees for said professional services shall be

$160.00 per hour if services are performed by a paralegal and $355.00 per hour if services are performed by Lara Fernandez plus filing fees and expenses. The attorney agrees to a fee cap of $2,000.00.

7. All fees for said professional services shall come from a pro-rata share of funds collected from the debtor, if any. If no fees collected than no monies shall be disbursed to Trenam Law and/or Lara Fernandez.

8. Trenam Law and Lara Fernandez understand and agree to keep detailed records of time and expenses. The Trustee believes that the fee arrangement with Trenam Law is reasonable and typical for the services requested.

9. Trenam Law and Lara Fernandez are experienced in the matters for which applicant is to be employed and is qualified to represent the Trustee.

10. In this case, the Trustee has made the following efforts to obtain comparable services at a lower cost: Trustee sent several demands and has received no response.

11. Efforts to obtain comparative bids:
    a. Solicited proposals from one (1) other counsel and there has been no bid except Attorney Fernandez.

12. For the following reasons, the Trustee believes it is in the best interests of the estate to employ the above described firm as her professional to perform the services set forth at the cost set forth: Trenam Law and Lara Fernandez are experienced in collection matters; the stated hourly fees are reasonable.

13. The Trustee has read the professional's affidavit of disinterest made pursuant to F.R.B.P. 2014 and to the best of the Trustee's knowledge believes the affidavit to be true and correct.

14. No fees shall be paid to said attorney or firm except upon proper application to and approval by the Court.

15. This application to employ an attorney is made under §330.

WHEREFORE, the Trustee requests an Order authorizing the Trustee to employ the above-referenced professional in accordance with the terms and provisions of this application. The Trustee does not intend to file a brief in connection with this application but reserves the right to file a responsive brief, if necessary.

Dated this 25th day of April, 2016.

/s/ Titania D. Whitten
Titania D. Whitten
Chapter 7 Trustee
3333 N. Mayfair Road, Suite 212
Wauwatosa, Wisconsin 53222
414-431-0007 Telephone
414-431-0038 Facsimile

**Titania D. Whitten, Trustee**
**3333 N. Mayfair Road**
**Suite 212**
**Wauwatosa, WI 53222**
**Telephone (414) 431-0007**
**Fax          (414) 431-0038**
**trustee@whittendusell.com**